UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA McKENZIE, et al., | Case No. 1:09-cv-01658-AWI-BAK  GSA |
| Plaintiffs, | ORDER GRANTING PETITION AND APPOINTING GUARDIAN AD LITEM FOR MINOR |
| v. | |
| KERN COUNTY, et al., | (Fed. R. Civ. P. 17(c)) |
| Defendants. | (Document No. 20) |

On September 17, 2009, a Complaint for Damages was filed in the above-entitled proceeding by the minor, Amaya McKenzie, by and through her proposed guardian ad litem, Brittney Shelby, claiming relief under 42 U.S.C. § 1983 for alleged civil rights violations. (Doc. 2.) On September 30, 2009, Brittney Shelby ("Petitioner") filed a Petition and Order for Appointment of Guardian ad Litem ("Petition") (Doc. 20) asking the Court to appoint her to serve as guardian ad litem for her daughter, Amaya McKenzie, in the civil action. The matter is now pending before the Court, having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b).

The Court has reviewed and considered the Petition for Appointment of a Guardian Ad Litem. The Court finds good cause for the requested appointment, GRANTS the Petition, and ORDERS that Brittney Shelby be, and hereby is, APPOINTED to serve as guardian ad litem for the minor plaintiff, Amaya McKenzie, to prosecute the above-entitled action on the minor's behalf (Doc. 2).

IT IS SO ORDERED.

   IT IS SO ORDERED.

   Dated:   **October 1, 2009**               /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

1