UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA McKENZIE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 1:09-cv-01658-AWI-BAK  GSA<br><br>ORDER GRANTING PETITION AND APPOINTING GUARDIAN AD LITEM FOR MINOR<br><br>(Fed. R. Civ. P. 17(c))<br><br>(Document No. 22) |

　　　　On September 17, 2009, a Complaint for Damages was filed in the above-entitled proceeding by the minor, Jamarri Joiner, by and through his proposed guardian ad litem, Monica Joiner, claiming relief under 42 U.S.C. § 1983 for alleged civil rights violations. (Doc. 2.)  On September 30, 2009, Monica Joiner ("Petitioner") filed a Petition and Order for Appointment of Guardian ad Litem ("Petition") (Doc. 22) asking the Court to appoint her to serve as guardian ad litem for her son, Jamarri Joiner, in the civil action.  The matter is now pending before the Court, having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b).

　　　　The Court has reviewed and considered the Petition for Appointment of a Guardian Ad Litem. The Court finds good cause for the requested appointment, GRANTS the Petition, and ORDERS that Monica Joiner be, and hereby is, APPOINTED to serve as guardian ad litem for the minor plaintiff, Jamarri Joiner, to prosecute the above-entitled action on the minor's behalf (Doc. 2).

IT IS SO ORDERED.

　　　IT IS SO ORDERED.

　　　Dated:　**October 1, 2009**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1