1  OFFICE OF COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By Andrew C. Thomson, Deputy (Bar # 149057)
   County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California  93301
4  Telephone:  (661) 868-3800
   Facsimile:  (661) 868-3805
5

6  Attorney for Defendants,
   County of Kern, Kern County
7  Sheriff's Office, Otis Whinery,
   Douglas Jauch, Edward Tucker
8  and Patrick Neal

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 | LATOYA MCKENZIE, and individual; BRENDA MCKENZIE, and individual; CHASTITY MCKENZIE, an individual by and through her Guardian Ad Litem Latoya McKenzie; RORY MCKENZIE, JR., an individual by and through his Guardian Ad Litem Latoya McKenzie; ZILAH PEEPLES an individual by and through her Guardian Ad Litem Latoya McKenzie; AMAYA MCKENZIE an individual by and through her Guardian Ad Litem Brittney Shelby; ZIKIRAH HARRIS and individual by and through her Guardian Ad Litem Denise Harris; JAMARRI JOINER and individual by and through his Guardian Ad Litem Monica Joiner; | Case No.  1:09-CV-01658-AWI-BAK GSA

STIPULATION OF THE PARTIES REGARDING THE FILING OF AN AMENDED COMPLAINT AND A RESPONSIVE PLEADING

Plaintiffs,

v.

KERN COUNTY; KERN COUNTY SHERIFF'S DEPARTMENT; OTIS WHINERY; DOUGLAS JAUCH; EDWARD TUCKER; PATRICK NEAL; AND DOES 1-200 INCLUSIVE,

Defendants.

///

1  **COME NOW**, the Parties herein, by and through their respective counsel of record,
2  Tyler R. Dowdall, Esq., SAYRE & LEVITT, for Plaintiffs LaToya McKenzie, Brenda
3  McKenzie, Chastity McKenzie, Rory McKenzie, Jr., Zilah Peeples, Amiya McKenzie, Zikirah
4  Harris and Jamarri Joiner (hereinafter collectively "Plaintiffs"), and Andrew C. Thomson,
5  Deputy, Office of Kern County Counsel, for Defendants County of Kern, Kern County
6  Sheriff's Office erroneously sued herein as the Kern County Sheriff's Department, Otis
7  Whinery, Douglas Jauch, Edward Tucker and Patrick Neal (hereinafter collectively
8  "Defendants") and, with the authority of their respective clients, stipulate as follows:

9  **IT IS HEREBY STIPULATED**, that the above-captioned, as follows:

10 1.   The parties have repeatedly met and conferred regarding various issues including
11 but not limited to the Complaint, preterrmitted heirs, wrongful death causes of action, and
12 statutory requirements for the determination of heirs with standing;
13 2.   As represented by Plaintiffs' counsel, his schedule is severely restricted as a result
14 of trial commitments;
15 3.   The parties agree that Plaintiffs will file a First Amended Complaint on or before
16 December 1, 2009;
17 4.   The parties agree that Defendants need not file a Responsive Pleading to the
18 present Complaint; and,
19 \ \ \
20 \ \ \
21 \ \ \
22 \ \ \
23 \ \ \
24 \ \ \
25 \ \ \
26 \ \ \
27 \ \ \
28 \ \ \

**Stipulation of the Parties Regarding the Filing of an Amended Complaint and Responsive Pleading**

1  5.   The parties agree that Defendants will file a Responsive Pleading to the First
2  Amended Complaint within the statutorily allowed period of time.
3  Dated: October 22, 2009                **SAYRE & LEVITT**

5  By   / s / Tyler R. Dowdall
   Tyler R. Dowdall, Esq.
6  Attorneys for Plaintiffs LaToya McKenzie,
   Brenda McKenzie, Chastity McKenzie, Rory
7  McKenzie, Jr., Zilah Peeples, Amiya McKenzie,
   Zikirah Harris and Jamarri Joiner

9  Dated: October 22, 2009                **OFFICE OF COUNTY COUNSEL**
10

12 By   / s / Andrew C. Thomson
   Andrew C. Thomson, Deputy
   Attorneys for Defendants County of Kern, Kern
13 County Sheriff's Office, Otis Whinery, Douglas
   Jauch, Edward Tucker and Patrick Neal

16                                          **ORDER**

23             IT IS SO ORDERED.
24   Dated:  **October 27, 2009**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE