1  **OFFICE OF COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Andrew C. Thomson, Deputy (Bar # 149057)**
   **County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California  93301**
4  **Telephone:  (661) 868-3800**
   **Facsimile:  (661) 868-3805**
5

6  **Attorney for Defendants,**
   **County of Kern, Kern County**
7  **Sheriff's Office, Otis Whinery,**
   **Douglas Jauch, Edward Tucker**
8  **and Patrick Neal**

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11 | **LATOYA MCKENZIE, and** | **Case No.  1:09-CV-01658-AWI-BAK GSA** |

12 **LATOYA MCKENZIE, and individual; BRENDA MCKENZIE, and individual; CHASTITY MCKENZIE, an individual by and through her Guardian Ad Litem Latoya McKenzie; RORY MCKENZIE, JR., an individual by and through his Guardian Ad Litem Latoya McKenzie; ZILAH PEEPLES an individual by and through her Guardian Ad Litem Latoya McKenzie; AMAYA MCKENZIE an individual by and through her Guardian Ad Litem Brittney Shelby; ZIKIRAH HARRIS and individual by and through her Guardian Ad Litem Denise Harris; JAMARRI JOINER and individual by and through his Guardian Ad Litem Monica Joiner;**

**STIPULATION OF THE PARTIES REGARDING THE FILING OF AN AMENDED COMPLAINT AND A RESPONSIVE PLEADING**

21                    **Plaintiffs,**

22 **v.**

23 **KERN COUNTY; KERN COUNTY SHERIFF'S DEPARTMENT; OTIS WHINERY; DOUGLAS JAUCH; EDWARD TUCKER; PATRICK NEAL; AND DOES 1-200 INCLUSIVE,**

27                    **Defendants.**

28 *///*

1

1   **COME NOW**, the Parties herein, by and through their respective counsel of record,

2   Tyler R. Dowdall, Esq., SAYRE & LEVITT, for Plaintiffs LaToya McKenzie, Brenda

3   McKenzie, Chastity McKenzie, Rory McKenzie, Jr., Zilah Peeples, Amiya McKenzie, Zikirah

4   Harris and  Jamarri Joiner (hereinafter collectively "Plaintiffs"), and Andrew C. Thomson,

5   Deputy, Office of Kern County Counsel, for Defendants County of Kern, Kern County

6   Sheriff's Office erroneously sued herein as the Kern County Sheriff's Department, Otis

7   Whinery, Douglas Jauch, Edward Tucker and Patrick Neal (hereinafter collectively

8   "Defendants") and, with the authority of their respective clients, stipulate as follows:

9   **IT IS HEREBY STIPULATED**, that the above-captioned, as follows:

10   1.      The parties have repeatedly met and conferred regarding various issues including

11   but not limited to the Complaint, preterrmitted heirs, wrongful death causes of action,  and

12   statutory requirements for the determination of heirs with standing;

13   2.      As represented by Plaintiffs' counsel, his schedule is severely restricted as a result

14   of trial commitments;

15   3.      The parties agree that Plaintiffs will file a First Amended Complaint on or before

16   December 1, 2009;

17   4.      The parties agree that Defendants need not file a Responsive Pleading to the

18   present Complaint; and,

19   \ \ \

20   \ \ \

21   \ \ \

22   \ \ \

23   \ \ \

24   \ \ \

25   \ \ \

26   \ \ \

27   \ \ \

28   \ \ \

Stipulation of the Parties Regarding the Filing of an Amended Complaint and Responsive Pleading

1    5.      The parties agree that Defendants will file a Responsive Pleading to the First

2    Amended Complaint within the statutorily allowed period of time.

3    Dated: October 22, 2009                    **SAYRE & LEVITT**

4

5                                              By____/ s / Tyler R. Dowdall_____
                                               Tyler R. Dowdall, Esq.
6                                              Attorneys for  Plaintiffs LaToya McKenzie,
                                               Brenda McKenzie, Chastity McKenzie, Rory
7                                              McKenzie, Jr., Zilah Peeples, Amiya McKenzie,
                                               Zikirah Harris and  Jamarri Joiner
8

9
     Dated: October 22, 2009                    **OFFICE OF COUNTY COUNSEL**
10

11
                                               By___/ s /  Andrew C. Thomson_____
12                                             Andrew C. Thomson, Deputy
                                               Attorneys for Defendants County of Kern, Kern
13                                             County Sheriff's Office, Otis Whinery, Douglas
                                               Jauch, Edward Tucker and Patrick Neal
14

15

16                                             **ORDER**

17          The parties having stipulated thereto and good cause appearing therefor,

18

19   IT IS SO ORDERED.

20   **Dated:    October 28, 2009**         _____/s/ Anthony W. Ishii_____
                                            CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

**Stipulation of the Parties Regarding the Filing of an Amended Complaint and Responsive Pleading**