| | |
|---|---|
| FEDERICO CASTELAN SAYRE, ESQ., SBN 067420<br>TYLER RICHARD DOWDALL, ESQ., SBN 258950<br>**SAYRE & LEVITT, LLP**<br>900 N. BROADWAY, 4th FLOOR<br>SANTA ANA, CALIFORNIA 9270-3452<br>Phone (714) 550-9117 | |

Attorneys for Plaintiffs:

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA MCKENZIE, an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE; CHASTITY MCKENZIE, an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Latoya McKenzie; RORY MCKENZIE, JR., an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through his Guardian Ad Litem Latoya McKenzie; ZILAH PEEPLES an individual by and through her Guardian Ad Litem Latoya McKenzie; AMIYA MCKENZIE an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Brittney Shelby; ZIKIRAH HARRIS an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Denise Harris; JAMARRI JOINER an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Monica Joiner; THE ESTATE OF RORY MCKENZIE, by and through its successors-in-interest and representatives LATOYA MCKENZIE. RORY MCKENZIE. | CASE NUMBER:<br><br>**09-CV-01658-AWI-DLB**<br><br>Assigned to Magistrate Judge Dennis L. Beck<br><br>**STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE**<br><br><br><br><br>COMPLAINT FILED: 9-17-2009 |

1

| | |
|---|---|
| 1 | JR., CHASTITY MCKENZIE, AMIYA MCKENZIE, JAMARRI JOINER and ZIKIRAH HARRIS, )
| 2 | )
| 3 | Plaintiffs )
| 4 | v. )
| 5 | KERN COUNTY, KERN COUNTY SHERIFF'S DEPARTMENT; OTIS WHINERY; DOUGLAS JAUCH; EDWARD TUCKER; PATRICK MCNEAL; AND DOES 1-200, INCLUSIVE, )
| 9 | )
| | Defendants. )
| 10 | _____ )

**COME NOW,** the Parties herein, by and through their respective counsel of record, Tyler R. Dowdall, Esq. of SAYRE & LEVITT, LLP for Plaintiff LaToya McKenzie, Brenda McKenzie, Chastity McKenzie, Rory McKenzie, Jr., Zilah Peeples, Amiya McKenzie, Zikirah Harris, Jamarri Joiner and the Estate of Rory McKenzie (hereinafter collectively "Plaintiffs"), and Andrew C. Thomson, Deputy, Office of Kern County Counsel, for Defendants County of Kern, Kern County Sheriff's Office, Otis Whinery, Douglas Jauch, Edward Tucker and Patrick Neal (hereinafter collectively "Kern Defendants") and, with the authority of their respective clients, agree as follows:

1. The parties have repeatedly met and conferred regarding various issues, including the filing of a First Amended Complaint and a responsive pleading. On or about December 1, 2009 Plaintiffs filed a First Amended Complaint (Docket Document No. 39).

2

2. Plaintiffs' First Amended Complaint added a new Defendant, Taser International. Plaintiffs' First Amended Complaint is in the process of being served on Defendants Taser International.

3. On or about January 13, 2010, Kern Defendants filed an Answer to Plaintiffs' First Amended Complaint (Docket Document No. 53).

4. This matter is a new case and a trial date has not been scheduled.

5. During the pendency of this litigation, counsel have worked together in a spirit of collegiality and good-will in an effort to further this matter in a civilized fashion, while appropriately representing their respective clients.

6. A Joint Scheduling Conference is currently scheduled for February 24, 2010 at 9:30 a.m. in the above-captioned court. The parties have met and conferred, and in there interests of judicial economy of the court and the parties, have agreed to continue the Joint Scheduling Conference 60 days to April 29, 2010 at 9:00 a.m., until such time as all Defendants will be served with Plaintiffs' First Amended Complaint and the Joint Scheduling Conference can be a meaningful proceeding with all named parties present.

//

//

//

//

//

3

Law Offices of:
Sayre & Levitt, LLP

K:\DLB\To_Be_Signed\09cv1658.o.Stip to Cont.doc

**IT IS HEREBY STIPULATED:**

The parties agree to continue the Joint Scheduling Conference, currently scheduled for February 24, 2010 at 9:30 a.m., until April 29, 2010 at 9:00 a.m.

DATED: February ___, 2010            **SAYRE & LEVITT, LLP**


By: /s/ Tyler R. Dowdall, Esquire
    Federico C. Sayre
    Tyler R. Dowdall
    Attorneys for Plaintiffs

DATED: February ___, 2010            **OFFICE OF COUNTY COUNSEL**


By: /s/ Andrew C. Thomson, Esquire
    Andrew C. Thomson, Deputy
    Attorneys for Kern Defendants

## **ORDER**

The parties having stipulated thereto and good cause appearing therefore, the Joint Scheduling Conference shall be continued from February 24, 2010 at 9:30 a.m. until April 29, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **February 11, 2010**            /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE