UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA MCKENZIE, et al; <br><br> Plaintiffs <br><br> v. <br><br> KERN COUNTY, KERN COUNTY SHERIFF'S DEPARTMENT; OTIS WHINERY; DOUGLAS JAUCH; EDWARD TUCKER; PATRICK MCNEAL; AND DOES 1-200, INCLUSIVE, <br><br> Defendants. | CASE NUMBER: 1:09-CV-01658-AWI-DLB <br><br><br> ORDER |

**IT IS HEREBY ORDERED THAT:**

For good cause shown, the court hereby orders that the request of Plaintiff to substitute the law firm of Sayre and Levitt, LLP, who is retained counsel, located at 900 North Broadway, Fourth Floor, Santa Ana, California 92701, (714) 550 – 9117, as attorney of record in place and stead of The Law Offices of Federico C. Sayre.

IT IS SO ORDERED.

Dated: **February 22, 2010**          /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE

4

**MOTION FOR SUBSTITUTION OF ATTORNEY**