Mildred K. O'Linn, Esq. (State Bar No. 159055)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com

Attorneys for Defendant,
TASER INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA MCKENZIE, an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE; CHASTITY MCKENZIE, an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Latoya McKenzie; RORY MCKENZIE, JR., an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through his Guardian Ad Litem Latoya McKenzie; ZILAH PEEPLES an individual by and through her Guardian Ad Litem Latoya McKenzie; AMIYA MCKENZIE an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Brittney Shelby; ZIKIRAH HARRIS an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Denise Harris; JAMARRI JOINER an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Monica Joiner; THE ESTATE OF RORY MCKENZIE, by and through its successors-in-interest and representatives LATOYA MCKENZIE, RORY MCKENZIE, JR. CHASTITY MCKENZIE, AMIYA MCKENZIE, JAMARRI JOINER and ZIKIRAH HARRIS, <br><br> Plaintiffs, <br><br> vs. <br><br> KERN COUNTY, KERN COUNTY | Case No.: <br><br> **1: 09-CV-01658-AWI DLB** <br><br> **STIPULATION OF THE PARTIES RE DEADLINE FOR DEFENDANT TASER INTERNATIONAL, INC.'S RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT AND ORDER** |

| | |
|---|---|
| SHERIFF'S OFFICE; OTIS WHINERY; DOUGLAS JAUCH; EDWARD TUCKER; PATRICK MCNEAL; TASER INTERNATIONAL, INC., AND DOES 1-200, INCLUSIVE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**TO THE HONORABLE COURT**:

Pursuant to Federal Rule of Civil Procedure 12, and in light of the good cause for such extension due to an administrative error involving the use of an outmoded form for acknowledging receipt of summons, the parties in the above-entitled action, by and through their attorneys of record, hereby Stipulate that defendant TASER INTERNATIONAL, INC. ("TASER") shall have until **April 2, 2010** to file any responsive pleading, including any answer or demurrer or other pleading permitted under the Federal Rules, and the parties hereby respectfully request that this Court issue the attached proposed order to that effect.

It is further agreed by and between the parties that this stipulation may be signed in counterpart and that a facsimile or electronic signature will be as valid as an original signature.

**IT IS SO STIPULATED.**

Dated: March 12, 2010                MANNING & MARDER
                                     KASS, ELLROD, RAMIREZ


                                     By: /s/ Mildred K. O'Linn
                                             Mildred K. O'Linn
                                     Attorneys for Defendant
                                     TASER INTERNATIONAL, INC.

Dated: March 12, 2010                SAYRE & LEVITT, LLP


                                     By: /s/ Federico C. Sayre
                                             Federico C. Sayre
                                     Attorneys for Plaintiffs
                                     LATOYA MCKENZIE, an individual
                                     and as Successor-in-Interest to the

Estate of RORY MCKENZIE; CHASTITY MCKENZIE, an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Latoya McKenzie; RORY MCKENZIE, JR., an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through his Guardian Ad Litem Latoya McKenzie; ZILAH PEEPLES an individual by and through her Guardian Ad Litem Latoya McKenzie; AMIYA MCKENZIE an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Brittney Shelby; ZIKIRAH HARRIS an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Denise Harris; JAMARRI JOINER an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Monica Joiner; THE ESTATE OF RORY MCKENZIE, by and through its successors-in-interest and representatives LATOYA MCKENZIE, RORY MCKENZIE, JR. CHASTITY MCKENZIE, AMIYA MCKENZIE, JAMARRI JOINER and ZIKIRAH HARRIS

# **ORDER**

PURSUANT TO THE STIPULATION of the parties, and pursuant to the applicable Federal Rules of Civil Procedure, and Good Cause appearing therefore,

IT IS HEREBY ORDERED that:

The deadline for defendant TASER INTERNATIONAL, INC. to file and serve any pleading in response to plaintiffs' complaint in the above entitled action, including any answer or demurrer or other responsive pleading permitted under the Federal Rules of Civil Procedure, shall be **April 2, 2010**.

IT IS SO ORDERED.

**Dated:** **March 16, 2010**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE