1  Mildred K. O'Linn, Esq. (State Bar No. 159055)
   **MANNING & MARDER**
2  **KASS, ELLROD, RAMIREZ LLP**
   15th Floor at 801 Tower
3  801 South Figueroa Street
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5  mko@mmker.com

6  Attorneys for Defendant,
   TASER INTERNATIONAL, INC.

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 LATOYA MCKENZIE, an individual and as          ) Case No.:
   Successor-in-Interest to the Estate of RORY    )
12 MCKENZIE; CHASTITY MCKENZIE, an                ) **1: 09-CV-01658-AWI DLB**
   individual and as Successor-in-Interest to the )
13 Estate of RORY MCKENZIE by and                 )
   through her Guardian Ad Litem Latoya           ) **STIPULATION OF THE**
14 McKenzie; RORY MCKENZIE, JR., an               ) **PARTIES RE DEADLINE**
   individual and as Successor-in-Interest to the ) **FOR DEFENDANT TASER**
15 Estate of RORY MCKENZIE by and                 ) **INTERNATIONAL, INC.'S**
   through his Guardian Ad Litem Latoya           ) **RESPONSIVE PLEADING**
16 McKenzie; ZILAH PEEPLES an individual          ) **TO PLAINTIFFS'**
   by and through her Guardian Ad Litem           ) **COMPLAINT AND  ORDER**
17 Latoya McKenzie; AMIYA MCKENZIE an             )
   individual and as Successor-in-Interest to the )
18 Estate of RORY MCKENZIE by and                 )
   through her Guardian Ad Litem Brittney         )
19 Shelby; ZIKIRAH HARRIS an individual           )
   and as Successor-in-Interest to the Estate of  )
20 RORY MCKENZIE by and through her               )
   Guardian Ad Litem Denise Harris;               )
21 JAMARRI JOINER an individual and as            )
   Successor-in-Interest to the Estate of RORY    )
22 MCKENZIE by and through her Guardian           )
   Ad Litem Monica Joiner; THE ESTATE OF          )
23 RORY MCKENZIE, by and through its              )
   successors-in-interest and representatives     )
24 LATOYA MCKENZIE, RORY                          )
   MCKENZIE, JR. CHASTITY MCKENZIE,               )
25 AMIYA MCKENZIE, JAMARRI JOINER                 )
   and ZIKIRAH HARRIS,                            )
26                                                )
                  Plaintiffs,                     )
27                                                )
   vs.                                            )
28                                                )
   KERN COUNTY, KERN COUNTY                       )

| | |
|---|---|
| SHERIFF'S OFFICE; OTIS WHINERY; DOUGLAS JAUCH; EDWARD TUCKER; PATRICK MCNEAL; TASER INTERNATIONAL, INC., AND DOES 1-200, INCLUSIVE, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

**TO THE HONORABLE COURT**:

Pursuant to Federal Rule of Civil Procedure 12, and in light of the good cause for such extension due to an administrative error involving the use of an outmoded form for acknowledging receipt of summons, the parties in the above-entitled action, by and through their attorneys of record, hereby Stipulate that defendant TASER INTERNATIONAL, INC. ("TASER") shall have until **April 2, 2010** to file any responsive pleading, including any answer or demurrer or other pleading permitted under the Federal Rules, and the parties hereby respectfully request that this Court issue the attached proposed order to that effect.

It is further agreed by and between the parties that this stipulation may be signed in counterpart and that a facsimile or electronic signature will be as valid as an original signature.

**IT IS SO STIPULATED.**

Dated: March 12, 2010    MANNING & MARDER
KASS, ELLROD, RAMIREZ


By: /s/ Mildred K. O'Linn
    Mildred K. O'Linn
Attorneys for Defendant
TASER INTERNATIONAL, INC.


Dated: March 12, 2010    SAYRE & LEVITT, LLP


By: /s/ Federico C. Sayre
    Federico C. Sayre
Attorneys for Plaintiffs
LATOYA MCKENZIE, an individual
and as Successor-in-Interest to the

K:\DLB\To_Be_Signed\09cv1658.o.ext ans.wpd

Estate of RORY MCKENZIE; CHASTITY MCKENZIE, an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Latoya McKenzie; RORY MCKENZIE, JR., an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through his Guardian Ad Litem Latoya McKenzie; ZILAH PEEPLES an individual by and through her Guardian Ad Litem Latoya McKenzie; AMIYA MCKENZIE an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Brittney Shelby; ZIKIRAH HARRIS an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Denise Harris; JAMARRI JOINER an individual and as Successor-in-Interest to the Estate of RORY MCKENZIE by and through her Guardian Ad Litem Monica Joiner; THE ESTATE OF RORY MCKENZIE, by and through its successors-in-interest and representatives LATOYA MCKENZIE, RORY MCKENZIE, JR. CHASTITY MCKENZIE, AMIYA MCKENZIE, JAMARRI JOINER and ZIKIRAH HARRIS

## **ORDER**

PURSUANT TO THE STIPULATION of the parties, and pursuant to the applicable Federal Rules of Civil Procedure, and Good Cause appearing therefore,

IT IS HEREBY ORDERED that:

The deadline for defendant TASER INTERNATIONAL, INC. to file and serve any pleading in response to plaintiffs' complaint in the above entitled action, including any answer or demurrer or other responsive pleading permitted under the Federal Rules of Civil Procedure, shall be **April 2, 2010**.

IT IS SO ORDERED.

Dated:   **March 16, 2010**            /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE