FEDERICO CASTELAN SAYRE, ESQ., SBN 067420
TYLER RICHARD DOWDALL, ESQ., SBN 258950
**SAYRE & LEVITT, LLP**
900 N. BROADWAY, 4th FLOOR
SANTA ANA, CALIFORNIA 92701-3452
Phone (714) 550-9117
Facsimile (714) 550-9125
*Email: tdowdall@sayrelevitt.com*

Attorneys for Plaintiffs:

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA MCKENZIE, et al.<br><br>Plaintiffs<br><br>v.<br><br>KERN COUNTY, et al<br><br>Defendants. | **CASE NUMBER:**<br><br>**09-CV-01658-AWI-DLB**<br><br>Assigned to Magistrate Judge Dennis L. Beck<br><br>**STIPULATION TO CONTINUE JOINT SETTLEMENT CONFERENCE and ORDER**<br><br>Pre-Trial Conference: Nov. 18, 2011<br>Trial: January 31, 2012 |

**COMES NOW,** the Parties herein, by and through their respective counsel of record, Tyler R. Dowdall, Esq. of SAYRE & LEVITT, LLP for Plaintiff LaToya McKenzie, Brenda McKenzie, Chastity McKenzie, Rory McKenzie, Jr., Zilah Peeples, Amiya McKenzie, Zikirah Harris, Jamarri Joiner and the Estate of Rory McKenzie (hereinafter collectively "Plaintiffs"), Andrew C. Thomson, Deputy, Office of Kern County Counsel, for Defendants County of Kern, Kern County Sheriff's Office, Otis Whinery, Douglas Jauch, Edward Tucker and Patrick Neal (hereinafter collectively "Kern Defendants") and Tony M. Sain, Esq. of Manning

& Marder Kass Ellrod Ramirez, counsel for Defendant Taser International, Inc. with the authority of their respective clients, agree as follows:

1. The parties have repeatedly met and conferred regarding various issues, including the filing of a First Amended Complaint and a responsive pleading. On or about December 1, 2009 Plaintiffs filed a First Amended Complaint (Docket Document No. 39).

2. On or about January 13, 2010, Kern Defendants filed an Answer to Plaintiffs' First Amended Complaint (Docket Document No. 53).

3. On or about April 6, 2010, Defendant Taser International filed an Answer to Plaintiffs' First Amended Complaint (Docket Document No. 64).

4. On April 29, 2010 a scheduling conference was held before Magistrate Judge Dennis L. Beck. During that scheduling conference, Judge Beck set numerous dates, including a trial date of January 31, 2012 and a settlement conference for November 17, 2010.

5. During the pendency of this litigation, counsel have worked together in a spirit of collegiality and good-will in an effort to further this matter in a civilized fashion, while appropriately representing their respective clients.

6. The parties have begun written discovery in earnest. Defendants and plaintiffs have begun to acquire all necessary records and other documentation, and have propounded and responded to written discovery. Additional written discovery

will be propounded prior to the commencement of percipient and party depositions.

7. Given the infancy of discovery, and the numerous and complex issues pertinent to this case that have yet to be discovered and analyzed, the parties agree that a Settlement Conference November 17, 2010 would be an inappropriate and inefficient use of the court's time.

8. The parties have agreed that a more appropriate time for a settlement conference would be at the close of fact discovery and after disclosure of expert witnesses, in June 2011.

9. Additionally, counsel for Plaintiff is expected to be engaged in trial in Los Angeles Superior Court for the first three weeks of November, starting November 1, 2010 and continuing through November 19, 2010.

**IT IS HEREBY STIPULATED:**

The parties agree to continue the Settlement Conference, currently scheduled for November 17, 2010 at 10:00 a.m., until June 16, 2011 at 10:00 a.m.

DATED: October 22, 2010          **SAYRE & LEVITT, LLP**

                                  By: _/s/ Tyler R. Dowdall, Esquire
                                      Federico C. Sayre
                                      Tyler R. Dowdall
                                      Attorneys for Plaintiffs

3

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: October 22, 2010 | **OFFICE OF COUNTY COUNSEL** |

By: _/s/ Andrew C. Thomson via email authorization_
    Andrew C. Thomson, Deputy
    Attorneys for Kern Defendants

DATED: October 22, 2010    **MANNING & MARDER**

By: _/s/ Tony M. Sain via email authorization_
    Mildred O'Linn
    Tony M. Sain
    Attorneys for Defendants TASER

## ORDER

The parties having stipulated thereto and good cause appearing therefore, the Settlement Conference shall be continued from November 17, 2010 at 10:00 a.m. until June 16, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 25, 2010    __/s/ Dennis L. Beck_____
    HON. DENNIS L. BECK
    UNITED STATES MAGISTRATE JUDGE