1  **OFFICE OF COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Andrew C. Thomson, Deputy (Bar # 149057)**
   **County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California  93301**
4  **Telephone:  (661) 868-3800**
   **Facsimile:  (661) 868-3805**
5

6  **Attorney for Defendants,**
   **County of Kern, Kern County**
7  **Sheriff's Office, Otis Whinery,**
   **Douglas Jauch, Edward Tucker**
8  **and Patrick Neal**

9               **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11
   **LATOYA MCKENZIE, an individual;**        **Case No.  1:09-CV-01658-AWI-DLB**
12 **B.M., an individual; C.M., an**
   **individual by and through her**          **STIPULATION OF THE PARTIES**
13 **Guardian Ad Litem Latoya**               **REGARDING A CONTINUANCE OF**
   **McKenzie; R.M., JR., an individual**     **DISCOVERY AND ALL SUBSEQUENT**
14 **by and through his Guardian Ad**         **DATES, AND PROPOSED ORDER**
   **Litem Latoya McKenzie; Z.P., an**
15 **individual by and through her**
   **Guardian Ad Litem Latoya**
16 **McKenzie; A.M. an individual by**
   **and through her Guardian Ad Litem**
17 **Brittney Shelby; Z.H. and individual**
   **by and through her Guardian Ad**
18 **Litem Denise Harris; J.J. an**
   **individual by and through his**
19 **Guardian Ad Litem Monica Joiner;**

20              **Plaintiffs,**

21 **v.**

22 **KERN COUNTY; KERN COUNTY**
   **SHERIFF'S DEPARTMENT; OTIS**
23 **WHINERY; DOUGLAS JAUCH;**
   **EDWARD TUCKER; PATRICK**
24 **NEAL; AND DOES 1-200**
   **INCLUSIVE,**
25
                **Defendants.**
26

27 *///*

28 *///*

1

1    **COME NOW**, the Parties herein, by and through their respective counsel of record:

2    Mildred K. O'Linn, Esq. and Tony M. Sain, Esq., Manning & Kass, Ellrod, Ramirez, Trester,

3    Attorneys for Defendant TASER International, Inc. ("TASER"); Tyler R. Dowdall, Esq.,

4    Sayre & Levitt, for Plaintiffs LaToya McKenzie, B.M., C.M., R.M., Jr., Z.P., A.M., Z.H., and

5    J.J. (hereinafter collectively "Plaintiffs"); and Andrew C. Thomson, Deputy, Office of Kern

6    County Counsel, for Defendants County of Kern, Kern County Sheriff's Office, Otis

7    Whinery, Douglas Jauch, Edward Tucker and Patrick Neal (hereinafter collectively "County

8    Defendants") and, with the authority of their respective clients, agree as follows:

9    1.     The Parties have repeatedly met and conferred regarding various issues regarding

10   discovery in this matter in an effort to informally resolve various issues.

11   2.     The Parties need to continue discovery, but due to the recent need for a protective

12   order concerning peace officer records, the Parties need additional discovery time

13   subsequent to the finalization of a mutually agreeable protective order.

14   3.     Counsel for County Defendants is informed and believes that the protective order

15   may be submitted to the Court for review and approval as early as Friday January 21,

16   2011.  Once the Order is in place, peace officer related documents will be immediately

17   forwarded to the other Parties.  It is anticipate that numerous depositions will occur after

18   the review and analysis of the protected peace officer documents.

19   4.     In order to accommodate the foregoing, the Parties agree that an additional (2) two

20   months is necessary for the completion of discovery.

21   5.     Based upon the foregoing, good cause exists for a two (2) month continuance of the

22   discovery cut-off and all subsequent dates, including the trial date.

23   6.     Counsel for TASER International has indicated that a trial date in April of 2011

24   would be preferable to a trial date in March of 2011.  Counsel for Plaintiffs and County

25   Defendants have no objection to a trial date in April of 2011.

26   7.     The Parties respectfully request the Court's consideration of this request.

27   \ \ \

28   \ \ \

8.     Defendant TASER maintains that, in light of the complex and highly technical causation and medical/scientific facts at issue in Plaintiffs' products liability claims, a staggered discovery-disclosures and related motion case management schedule -- comparable to the case management schedule adopted by the Court on May 4, 2010 [see Dkt. Doct. 68] -- is essential to prevent undue prejudice to defendants and to all parties. TASER hereby incorporates by reference here all of its arguments on this issue as stated in the Joint Case Management Statement.  [See Dkt. Doc. 66 at 8:1-10:20.]

9.     TASER's stipulation to any modification of the Court's operative case management scheduling order [see Dkt. Doc. 68, 73] is conditional upon such modification continuing all case management dates and deadlines, including all pretrial discovery-disclosure and motion deadlines, in such a manner that the case management schedule is modified to emulate the sequence and timing of pretrial discovery-disclosure and motion deadlines, and their relationship to the trial date, as is embodied in the current operative case management schedule.  TASER does not stipulate to any continuance of any deadlines that does not emulate the current sequence and timing of discovery, disclosures, motions, and trial.

10.     In light of the foregoing, the Parties hereby stipulate that Good Cause exists to modify the operative case management scheduling order(s) [Dkt. Doc. 68, 73] as follows:

Non-expert discovery and all subsequent deadlines shall be continued for approximately, but not less than, two (2) months as set forth below:

|  | *CURRENT DATES* | *PROPOSED DATES* |
| --- | --- | --- |
| **DISCOVERY DEADLINES:** | | |
| Initial Disclosures: | May 21, 2010 | Completed - No Modification |
| Non Expert Discovery Cut-off: | April 29, 2011 | July 1, 2011 |
| Expert Discovery Cut-off: | July 15, 2011 | September 16, 2011 |
| **EXPERT DISCLOSURES** | | |
| Plaintiffs' Disclosure: | May 6, 2011 | July 8, 2011 |
| Defendants' Disclosures: | May 16, 2011 | July 18, 2011 |

**Stipulation of the Parties Regarding a Continuance of Discovery and All Subsequent Dates**

| | | |
|---|---|---|
| Supplemental Disclosures: | May 31, 2011 | August 2, 2011 |
| **DEADLINE TO AMEND PLEADINGS:** | July 31, 2010 | Completed - No Modification |
| **NON-DISPOSITIVE MOTION DEADLINES:** | | |
| Filing: | July 20, 2011 | September 21, 2011 |
| Hearing: | August 19, 2011 | October 21, 2011 |
| **DISPOSITIVE MOTION DEADLINES:** | | |
| Filing: | August 15, 2011 | October 17, 2011 |
| Hearing: | October 3, 2011 | December 9, 2011 |
| **SETTLEMENT CONFERENCE:** | June 16, 2011 | August 29, 2011 at 10:00 |
| **PRE-TRIAL CONFERENCE:** | November 18, 2011 | January 20, 2012 |
| **TRIAL:** | January 31, 2012 | April 10, 2012 |

   **IT IS HEREBY STIPULATED**.


Dated: January 19, 2011        **MANNING & KASS, ELLROD, RAMIREZ, TRESTER**



By  /s/ Mildred K. O'Linn
Mildred K. O'Linn, Esq.
Tony M. Sain, Esq.
Attorneys for Defendant TASER International




Dated: January 19, 2011        **SAYRE & LEVITT**



By  /s/ Tyler R. Dowdall
Tyler R. Dowdall, Esq.
Attorneys for Plaintiffs LaToya McKenzie, B.M., C.M., R.M.,Jr., Z.P., A.M., Z.H., J.J.

4

1    Dated: January 19, 2011                OFFICE OF KERN COUNTY COUNSEL

2

3                                            By   /s/ Andrew C. Thomson
                                             Andrew C. Thomson, Deputy
4                                            Attorneys for Defendants County of Kern, Kern
                                             County Sheriff's Office, Otis Whinery, Douglas
5                                            Jauch, Edward Tucker and Patrick Neal

6

7

8                                            __ORDER__

9          Pursuant to the Stipulation of the Parties, and Good Cause appearing therefor, the

10   stipulated proposed dates and deadlines are hereby adopted and the case management

11   schedule for the above entitled matter is hereby modified accordingly.

12

13        IT IS SO ORDERED.

14   **Dated:   January 20, 2011**              /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28