FEDERICO CASTELAN SAYRE, ESQ., SBN 067420
sayrreesq@sayrelevitt.com
SAYRE & LEVITT, LLP
900 N. BROADWAY, 4th FLOOR
SANTA ANA, CALIFORNIA 92701-3452
Phone (714) 550-9117
Facsimile (714) 550-9125

Attorneys for Plaintiffs:

**FILED**
JUL 27 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF California

| | |
|---|---|
| LATOYA MCKENZIE, et al.<br><br>Plaintiffs<br><br>v.<br><br>KERN COUNTY, et al<br><br>Defendants. | CASE NUMBER:<br><br>09-CV-01658-AWI-DLB<br><br>Assigned to Magistrate Judge Dennis L. Beck<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br>[F.R.C.P. 41] |

**COMES NOW**, the Parties herein, by and through their respective counsel of record, Tyler R. Dowdall, Esq. of SAYRE & LEVITT, LLP for Plaintiff LaToya McKenzie, Chastity McKenzie, Rory McKenzie, Jr., Zilah Peeples, Amiya McKenzie, Zikirah Harris, Jamarri Joiner and the Estate of Rory McKenzie, Andrew C. Thomson, Deputy, Office of Kern County Counsel, for Defendants County of Kern, Kern County Sheriff's Office, Otis Whinery, Douglas Jauch, Edward Tucker and Patrick Neal (hereinafter collectively "Kern Defendants") and

1

Mildred K. O'linn, Esq. of Manning & Kass Ellrod Ramirez Trestor, counsel for Defendant Taser International, Inc. with the authority of their respective clients, agree as follows:

1. Plaintiffs LaToya McKenzie, Chastity McKenzie, Rory McKenzie, Jr., Zilah Peeples, Amiya McKenzie, Zikirah Harris, Jamarri Joiner and the Estate of Rory McKenzie will voluntarily dismiss their claims against all defendants pursuant to *F.R.C.P.* Rule 41(a), with prejudice.

2. Defendants agree to waive all costs of litigation, and to waive all accrued attorneys' fees, to the extent any would be recoverable against these plaintiffs.

**IT IS SO STIPULATED.**

DATED: July 25, 2011           SAYRE & LEVITT, LLP

                               By: _____
                                   Federico C. Sayre
                                   Attorneys for Plaintiffs

DATED: July 26, 2011           OFFICE OF COUNTY COUNSEL

                               By: _____
                                   Andrew C. Thomson, Deputy
                                   Attorneys for Kern Defendants

DATED: July 26, 2011           MANNING & KASS

                               By: _____
                                   Mildred O'Linn
                                   Attorneys for Defendants TASER

## ORDER

**THE COURT** having been advised by counsel for the parties that the above-entitled action has settled, and good cause appearing therefore;

**IT IS ORDERED** that this action is hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 27, 2011

HON. ~~DENNIS L. BECK~~ Anthony Ishii,
UNITED STATES ~~MAGISTRATE~~ JUDGE

3
STIPULATION FOR DISMISSAL WITH PREJUDICE
Law Offices of
Sayre & Levitt, LLP