FEDERICO CASTELAN SAYRE, ESQ., SBN 067420
sayrreesq@sayrelevitt.com
**SAYRE & LEVITT, LLP**
900 N. BROADWAY, 4th FLOOR
SANTA ANA, CALIFORNIA 92701-3452
Phone (714) 550-9117
Facsimile (714) 550-9125

Attorneys for Plaintiffs:

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF California

| | |
|---|---|
| LATOYA MCKENZIE, et al. | **CASE NUMBER:** |
| Plaintiffs | **09-CV-01658-AWI-DLB** |
| v. | Assigned to Magistrate Judge Dennis L. Beck |
| KERN COUNTY, et al | |
| Defendants. | **STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER THEREON [F.R.C.P. 41]** |

**COMES NOW,** the Parties herein, by and through their respective counsel of record, Federico C. Sayre, Esq. of SAYRE & LEVITT, LLP for Plaintiff Brenda McKenzie, Andrew C. Thomson, Deputy, Office of Kern County Counsel, for Defendants County of Kern, Kern County Sheriff's Office, Otis Whinery, Douglas Jauch, Edward Tucker and Patrick Neal (hereinafter collectively "Kern Defendants") and Mildred K. O'linn, Esq. of Manning & Kass Ellrod Ramirez

1

Trestor, counsel for Defendant Taser International, Inc. with the authority of their respective clients, agree as follows:

   1.   Plaintiff Brenda McKenzie voluntarily dismisses her claims against all defendants pursuant to *F.R.C.P.* Rule 41(a), with prejudice.

   2.   Defendants agree to waive all costs of litigation, and to waive all accrued attorneys' fees, to the extent any would be recoverable against this plaintiff.

**IT IS SO STIPULATED.**

DATED: July 29, 2011          **SAYRE & LEVITT, LLP**

                              By: _/s/ Federico C. Sayre_
                                   Federico C. Sayre
                                   Attorneys for Plaintiffs

DATED: July 29, 2011          **OFFICE OF COUNTY COUNSEL**

                              By: _/s/ Andrew C. Thomson by email auth_
                                   Andrew C. Thomson, Deputy
                                   Attorneys for Kern Defendants

DATED: July 29, 2011          **MANNING & KASS**

                              By: _/s/ Mildred K. O'Linn via email auth_
                                   Mildred O'Linn
                                   Attorneys for Defendants TASER

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Law Offices of:
Sayre & Levitt, LLP

# **ORDER**

**THE COURT** finds that: Pursuant to the Stipulation re Dismissal between plaintiff Brenda McKenzie, and Defendants County of Kern, Kern County Sheriff's Office, Otis Whinery, Douglas Jauch, Edward Tucker, Patrick Neal and Taser International, Inc. all causes of action against defendants are dismissed with prejudice.  Furthermore, plaintiff Brenda McKenzie, and Defendants County of Kern, Kern County Sheriff's Office, Otis Whinery, Douglas Jauch, Edward Tucker, Patrick Neal and Taser International, Inc. mutually agreed waive all costs, court fees and attorneys' fees arising out of this litigation involving these parties.

**IT IS ORDERED** that this action is hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  August 1, 2011                     _____
                                           CHIEF UNITED STATES DISTRICT JUDGE